NO. 07-02-0112-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

FEBRUARY 24, 2005

_____

JOHN J. HINDERA, APPELLANT

V.

NELSON DOMETRIUS, APPELLEE

_____

FROM THE 237TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 99-507,408; HONORABLE SAM MEDINA, JUDGE

_____

Before REAVIS and CAMPBELL, JJ. and BOYD, S.J.[1]

**MEMORANDUM OPINION**

Pending before this Court is the second motion to dismiss of appellee Nelson Dometrius by which he requests dismissal citing appellant John J. Hindera's lack of due diligence in pursuing this appeal. By order dated January 20, 2005, we reinstated the

_____

[1]John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.

appeal and notified Hindera that failure to take any action within 10 days would result in dismissal for want of prosecution. Hindera did not respond. We grant Dometrius's motion and dismiss the appeal.

Accordingly, this appeal is dismissed for want of prosecution. Tex. R. App. P. 42.3(b).

Don H. Reavis
Justice